

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2020

No. 04-19-00189-CR

Victor Manuel **PEREZ,**
Appellant
v.
The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6059
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The court has considered the appellant's motion for en banc reconsideration, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court